IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
JUN 1 6 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 19-50515

IRMA ROSAS,

    Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS AT SAN ANTONIO, also known as UTSA;
UNIVERSITY OF TEXAS AT AUSTIN, also known as UT,

    Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
5:18-CV-536-DAE

O R D E R:

IT IS ORDERED that appellant's opposed motion for leave to file petition for rehearing en banc out of time is DENIED.

Dated: 6-16-2020

                      _____/s/ Catharina Haynes_____
                           CATHARINA HAYNES
                      UNITED STATES CIRCUIT JUDGE